UNITED STATES COURT OF INTERNATIONAL TRADE
Before the Honorable Claire R. Kelly

| | |
|---|---|
| **OTTER PRODUCTS, LLC**<br><br>   **Plaintiff,**<br><br>v.<br><br>**UNITED STATES, ET AL.,**<br><br>   **Defendants.** | Court No. 22-00033 |

## NOTICE OF CHANGE OF ATTORNEY

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(e) of the Rules of this Court, Juan Jose Garcia, who appeared as an attorney for the Plaintiff in this action, no longer appear as an attorney for the Plaintiff. Louis S. Mastriani continues to be the individual attorney in the undersigned firm who is responsible for the litigation.

Dated:  December 22, 2022                              Respectfully submitted,

*/s/ Louis S. Mastriani*
Louis S. Mastriani
Lydia C. Pardini
AMS Trade LLP
1133 Connecticut Avenue, NW, Suite 1200
Washington, D.C. 20036
Telephone: (202) 467-6300
E-mail: OTRBX-8@amstrade.com

## **CERTIFICATE OF SERVICE**

Louis S. Mastriani certifies that on December 12, 2022, he served a copy of the **Notice of Change of Attorney** upon the defendant via the U.S. Court of International Trade's CM/ECF System:

Beverly A. Farrell
U.S. Department of Justice
International Trade Field Office
26 Federal Plaza
New York, NY 10278
(212) 264-0483
Fax: (212) 264-1916
Email: Beverly.a.farrell@usdoj.gov

/s/ Louis S. Mastriani
Louis S. Mastriani